UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETCHOICE,

Plaintiff,

v.

JAY JONES,

Defendant.

Case No. 26-mc-80332-SK

**ORDER TRANSFERRING MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA**

Regarding Docket No. 1

Before the Court is Defendant Jay Jones' motion to compel compliance with deposition subpoena directed at non-party Google LLC, which was filed in this Court on November 6, 2026. Having considered the parties' joint stipulation filed on November 6, 2026, and good cause appearing, the Court hereby ORDERS that pursuant to Federal Rule of Procedure 45(f) and the Parties' request, this matter shall be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division, the court in which the underlying action *NetChoice v. Jay Jones*, No. 1:25-cv-02067-PTG-LRV is currently pending. The Clerk is instructed to transfer the file.

**IT IS SO ORDERED**.

Dated: November 9, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California